1  Bradley T. Austin, Esq.
2  Nevada Bar No. 13064
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  baustin@swlaw.com

6  *Attorneys for Defendant*
7  *Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

10  MICHAEL ZEIGLER,                    )  **Case No. 2:18-cv-01248-JAD-VCF**
                                        )
11                       Plaintiff,     )  **STIPULATION OF EXTENSION OF**
                                        )  **TIME FOR DEFENDANT EQUIFAX**
12  vs.                                 )  **INFORMATION SERVICES LLC TO**
                                        )  **FILE ANSWER**
13  EQUIFAX INFORMATION SERVICES LLC,   )
    TRANS UNION LLC, EXPERIAN           )  **(FIRST REQUEST)**
14  INFORMATION SOLUTIONS INC, and      )
    AMERICAN EXPRESS, FSB,              )
15                                      )
                                        )
16                       Defendants.    )

17        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19  no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20  AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21  answer, move or otherwise respond to the Complaint in this action is extended from August 1,

22  2018 through and including **August 31, 2018**.  Plaintiff and Equifax are actively engaged in

23  settlement discussions.  The additional time to respond to the Complaint will facilitate settlement

24  discussions.

25  ///

26  ///

27  ///

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 1st day of August, 2018.

SNELL & WILMER LLP


By: /s/ Bradley Austin
    Bradley T. Austin
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV 89169
    Email: baustin@swlaw.com
    *Attorneys for Defendant Equifax*
    *Information Services, LLC*

**_No opposition_**

 /s/ Erik Fox
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*


**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: ___8-1-2018___

4847-4730-7097