**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
JAIMIE STILZ, ESQ.
Nevada Bar No. 13772
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
jstilz@rrblf.com
*Attorneys for Defendant American Express*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ZEIGLER, | Case No.: 2:18-cv-01248-JAD-VCF |
| Plaintiff, | |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company; TRANSUNION, LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC, a Foreign Corporation; and AMERICAN EXPRESS, FSB, a Foreign Corporation; | **STIPULATION AND ORDER TO EXTEND TIME FOR AMERICAN EXPRESS FSB TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [DOC. #1]** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MICHAEL ZEIGLER ("Plaintiff" or "Mr. Zeigler"), by and through his attorneys, the law firm of COGBURN LAW OFFICES, and Defendant AMERICAN EXPRESS FSB ("American Express"), by and through its attorneys, the law firm of Reid Rubinstein & Bogatz, that American Express shall have up to and including September 5, 2018 to file an Answer or otherwise respond to Plaintiff's

. . .

. . .

. . .

. . .

. . .

. . .

REID RUBINSTEIN & BOGATZ
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 FAX: (702) 776-7900

Complaint [Doc. No. 1], which was filed in this matter on July 9, 2018. This is the first request for an extension, and it is made in good faith and not for the purposes of delay.

Dated this 1st day of August, 2018.

REID RUBINSTEIN & BOGATZ


By:____/s/ Jaimie Stilz, Esq._____
    I. Scott Bogatz, Esq.
    Nevada Bar No. 3367
    Jaimie Stilz, Esq.
    Nevada Bar No. 13772
    300 South Fourth Street, Suite 830
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*
    *American Express*

Dated this 1st day of August, 2018.

COGBURN LAW OFFICES


By:____/s/ Erik W. Fox, Esq._____
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123
    *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

DATED this 6th day of August, 2018.


_____
UNITED STATES MAGISTRATE JUDGE